UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA LEE, | Case No.: 2:14-CV-1560-AC |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Deanna Lee ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to January 6, 2015; and that Defendant shall have until February 6, 2015, to file his opposition. Any reply by plaintiff to be due February 13, 2015.

-1-

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 5, 2014        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff DEANNA LEE

DATED:  December 5, 2014        BENJAMIN WAGNER
United States Attorney


*/S/- Jennifer Lee Tarn

_____
Jennifer Lee Tarn
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 6, 2015, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to February 6, 2015 to file his opposition, if any is forthcoming.  Any reply by plaintiff continues to be due February 13, 2015.

IT IS SO ORDERED.

DATE:  December 8, 2014

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE