UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNE L. LEE,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:14-cv-01560-AC<br><br><br>ORDER TO SHOW CAUSE |

      Plaintiff is proceeding in this action in pro per. On July 1, 2014, plaintiff filed her complaint along with the necessary filing fee. ECF No. 1. The Commissioner of Social Security ("the Commissioner") filed her answer and notice of lodging social security administrative transcript on October 16, 2014. ECF Nos. 9 & 10. On December 8, 2014, the court granted the parties' stipulation to extend plaintiff's deadline to file a motion for summary judgment from November 30, 2014, to January 6, 2015. ECF No. 13. Plaintiff has yet to file a motion for summary judgment.

      Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to

////

////

1

Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: January 12, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE