UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA LEE, | No. 2:14-cv-1560 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendants. | |

The parties having stipulated to an extension of the briefing schedule, and good cause having been shown, IT IS HEREBY ORDERED that:

1. Plaintiff may have an extension of time, to and including February 6, 2015, in which to file Plaintiff's Motion for Summary Judgment or Remand;

2. Defendant may have an extension of time to March 9, 2015 to file his opposition, if any is forthcoming; and

3. Any reply by plaintiff continues to be due March 30, 2015.

DATED: January 13, 2015

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1