1
2
3
4
5
6
7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11   DEANNA LEE, | )  Case No.:  2:14-CV-1560-AC |
| | ) |
| 12         Plaintiff, | )  STIPULATION TO MODIFY |
| | )  BRIEFING SCHEDULE |
| 13      vs. | ) |
| | ) |
| 14   CAROLYN COLVIN, Acting | ) |
| | ) |
| 15   Commissioner of Social Security, | ) |
| | ) |
| 16        Defendant | ) |

17

18       TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF

19   THE DISTRICT COURT:

20        Plaintiff Deanna Lee ("Plaintiff") and defendant Carolyn Colvin, Acting

21   Commissioner of Social Security ("Defendant"), through their undersigned counsel

22   of record, hereby stipulate, subject to the approval of the Court, to extend the time

23   for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to

24   February 19, 2015; and that Defendant shall have until March 23, 2015, to file his

25   opposition.  Any reply by plaintiff will continue to be due March 30, 2015.

26

1    A modification of the prior agreed upon schedule is needed because

2  complications arising from Plaintiff's Counsel's Spouse Stage IV breast cancer

3  which has unequivocally progressed to the point where her physicians have recently

4  stated that they "would be very surprised to still be treating her one year from now"

5  without some significant response to treatment that has yet to occur.

6    Counsel notes that the modified briefing schedule continues to require any

7  reply brief to be filed by the same March 30, 2015 date as previously set by this

8  Court.  Consequently, the modification results in a reduction of time for Counsel to

9  prepare any reply and does not extend the time for this matter to be submitted to the

10  Court for decision.  Counsel sincerely apologizes to the court for any

11  inconvenience this may have had upon it or its staff.

12

13  DATE: February 17, 2015          Respectfully submitted,

14                                   LAW OFFICES OF LAWRENCE D. ROHLFING

15                                    /s/ *Steven G. Rosales*

16                                   BY: _____
                                     Steven G. Rosales
                                     Attorney for plaintiff DEANNA LEE

17

18  DATED:  February 17, 2015        BENJAMIN WAGNER
                                     United States Attorney

19

20

21                                   */S/- Jennifer Lee Tarn

22                                   _____

23                                   Jennifer Lee Tarn
                                     Special Assistant United States Attorney

24                                   Attorney for Defendant
                                     [*Via email authorization]

25

26

1    IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2    and including February 19, 2015, in which to file Plaintiff's Motion for Summary

3    Judgment or Remand; Defendant may have an extension of time to March 23, 2015

4    to file his opposition, if any is forthcoming.  Any reply by plaintiff continues to be

5    due March 30, 2015.

6    IT IS SO ORDERED.

7    DATE:  February 19, 2015

8    _____

9    ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE